LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
(530) 895-3252

Attorney for Plaintiff

CATHERINE MANSKE, ESQ.
**GORDON & REES LLP**
655 UNIVERSITY AVENUE, SUITE 200
SACRAMENTO, CA 95825
(916) 565-2900

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br>vs.<br><br>RED ROBIN INTERNATIONAL, INC. dba RED ROBIN #78, and DOES 1 through 20,<br><br>    Defendants. | Case No.  CIV.S-04-1791 WBS PAN<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER REGULATING DISCOVERY** |

**WHEREAS,** on February 16, 2005, the parties were served with an Amended Status (Pretrial Scheduling) Order ("Scheduling Order") for this action;

**WHEREAS,** the Scheduling Order provided that all discovery regarding experts, shall be completed by all parties on or before July 14, 2005;

**WHEREAS,** the Scheduling Order provided that all discovery, shall be completed by all parties on or before October 14, 2005;

**WHEREAS,** plaintiff's counsel has requested to take the depositions of defendant's experts;

**WHEREAS**, defense counsel is not available any time prior to discovery cut-off to attend depositions of defendant's experts;

STIPULATION AND [PROPOSED] ORDER                             Case No. 04-1791 WBS CMK
TO AMEND THE SCHEDULING ORDER

**WHEREAS,** plaintiff's expert is unavailable for deposition during the month of October due to three federal court trials;

**IT IS HEREBY STIPULATED AND AGREED** by and among the parties hereto that the Scheduling Order shall be amended to provide as follows:

(1) The depositions of experts shall be completed on or before December 1, 2005.

| | |
|---|---|
| DATED: October 6, 2005 | LAW OFFICES OF LYNN HUBBARD, III |
| | /s/ Lynn Hubbard |
| | Lynn Hubbard, III |
| | Attorneys for Plaintiff |
| DATED: October 5, 2005 | GORDON & REES LLP |
| | Signature on File |
| | Catherine Manske |
| | Attorneys for Defendant |

## ORDER

**IT HAVING BEEN STIPULATED BY THE PARTIES, IT IS HEREBY ORDERED** that the Scheduling Order shall be amended to provide as follows:

(1) The depositions of experts shall be completed on or before December 1, 2005.

DATED: October 6, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                               Case No. 04-1791 WBS CMK
TO AMEND THE SCHEDULING ORDER