CATHERINE L. MANSKE (SBN: 183815)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, California 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Attorneys For: Defendant
RED ROBIN INTERNATIONAL, INC.

LYNN HUBBARD, III (SBN: 69773)
SCOTTLYN J. HUBBARD, IV (SBN 212970)
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252

Attorneys for: Plaintiff
JAMES SANFORD

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, <br><br> Plaintiff <br><br> vs. <br><br> RED ROBIN INTERNATIONAL, INC. dba RED ROBIN # 78; and DOES 1 through 10 <br><br> Defendant. | CASE NO. CIV.S-04-1791 WBS CMK <br><br> ***REVISED* STIPULATION AND [PROPOSED] ORDER MODIFYING THE SCHEDULING ORDER RELATING TO EXPERT DISCOVERY** <br><br> Trial Date: March 28, 2006 |

Plaintiff JAMES SANFORD, and defendant RED ROBIN INTERNATIONAL, INC., have stipulated to the following:

1. The parties stipulate to a continuance of the Final Pretrial Conference from January 30, 2006 to **March 3, 2006, at 10:00 a.m.**

2. The parties stipulate to extend all related deadlines pertaining to the January 30, 2006 Final Pretrial Conference. As such, plaintiff's Pretrial Statement is now due on February 17, 2006, and defendant's Pretrial Statement is now due on February 24, 2006.

3. The parties stipulate to leave expert discovery open until January 16, 2006.

-1-

*REVISED* STIPULATION AND [PROPOSED] ORDER        CIV.S-04-1791 WBS CMK

PDF created with pdfFactory trial version www.pdffactory.com

1  SO STIPULATED.

2  Dated: November 18, 2005                                  GORDON & REES LLP

4                                                                           /s/
                                                            By:
5                                                                Catherine L. Manske
                                                                 Attorneys for Defendant
6                                                                RED ROBIN INTERNATIONAL, INC.

7  Dated: November 17, 2005                                  LAW OFFICE OF LYNN HUBBARD, III

9                                                                           /s/
                                                            By:
10                                                               Lynn Hubbard, III
                                                                 Attorneys for Plaintiff
                                                                 JAMES SANFORD

14  IT IS SO ORDERED.

15      1.  The Final Pretrial Conference is rescheduled to March 3, 2006, at 10:00 a.m.

16      2.  Plaintiff's Pretrial Statement is now due on February 17, 2006.

17      3.  Defendant's Pretrial Statement is now due on February 24, 2006.

18      4.  Expert discovery shall remain open until January 16, 2006.

19  Dated: November 18, 2005

                                                            WILLIAM B. SHUBB
                                                            UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
655 University Avenue, Suite 200
Sacramento, California 95825