1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   TELEPHONE: (530) 895-3252
4  FACSIMILE: (530) 894-8244

5  Attorney for Plaintiff JAMES SANFORD

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  JAMES SANFORD,                        Case No. CIV.S 04-1791

12       Plaintiff,                        **JOINT STIPULATION AND**
                                          **[PROPOSED] ORDER TO CONTINUE**
13       vs.                              **TRIAL**

14  RED ROBIN INTERNATIONAL, INC.,
15  dba RED ROBIN #78,                    Trial Date:   March 28, 2006

16       Defendants.                      Honorable William B. Shubb

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL
PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

WHEREAS, Sanford is suffering from pneumonia and a Stage II decubitus ulcer;

WHEREAS, Sanford visited his treating physician on Friday, March 10, 2006;

WHEREAS, that physician prescribed bed rest until Sanford's health improves (i.e., 60 to 90 days);

WHEREAS, trial counsel for defendant, Catherine Manske, will be unavailable and out of the country during the month of July 2006;

THEREFORE, the parties jointly stipulate and request that this Court enter an order as follows:

1.      Each party shall exchange copies of all exhibits identified in the Court's Pretrial Order dated March 3, 2006, by not later than August 14, 2006;

2.      The trial date of March 28, 2006 shall be continued to August 29, 2006;

3.      This stipulation shall not affect any other previously expired deadlines, except as set out in this stipulation.

4.      Attached is Doris Sanford's declaration in support of a continuation of trial.

IT IS SO STIPULATED.

Dated:  March 13, 2006              LAW OFFICES OF LYNN J. HUBBARD, III



By: /s/ Lynn Hubbard, III
        Lynn Hubbard, III
Attorneys for Plaintiff JAMES SANFORD

Dated:  March 14, 2006              GORDON & REES



By: /s/ Catherine Manske
        Catherine Manske
Attorneys for Defendant RED ROBIN INTERNATIONAL, INC. dba RED ROBIN # 78

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL
PDF created with pdfFactory trial version www.pdffactory.com

## <u>ORDER</u>

IT IS THEREFORE ORDERED that:

1.      Each party shall exchange copies of all exhibits identified in the Court's Pretrial Order dated March 3, 2006, by not later than August 14, 2006;

2.      The trial shall be continued to August 29, 2006 at 9:00 a.m.;

3.      This stipulation shall not affect any other previously expired deadlines, except as set out in this stipulation.

DATED:     March 17, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL