LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

MICHAEL WELCH, 111022
GORDON & REES, LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Fax: (916) 920-4402

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>RED ROBIN INTERNATIONAL, INC. dba RED ROBIN #78,<br><br>    Defendant.<br>_____/ | Case No. CIV. S-04-01791-WBS-CMK<br><br>**STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendant, RED ROBIN INTERNATIONAL, INC. dba RED ROBIN #78, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: September 11, 2006        LAW OFFICES OF LYNN HUBBARD, III

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: August 29, 2006        GORDON & REES, LLP

/s/ Michael Welch
MICHAEL WELCH
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-01791-WBS-CMK is hereby dismissed with prejudice.

Dated: November 15, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE